UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL MULLUCK,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Wednesday, March 14, 2012, at 9:00 a.m., in Courtroom A-1002.**

    December 5, 2011